UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

       Plaintiff(s),      CASE NO. 08 CV 4705

 -against-

DARRICK E. ANTELL, M.D., D.D.S., P.C.,

       Defendant(s).     **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
STATE OF NEW YORK  )
          : S.S.
COUNTY OF NEW YORK )

  BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

  That on the 2nd day of June, 2008, at approximately 12:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; JUDGE'S RULES together with ECF FILING INSTRUCTIONS** upon Darrick E. Antell, M.D., D.D.S., P.C. at 850 Park Avenue, New York, New York 10075 by personally delivering and leaving the same with Jasmine Goldsand, Administrative Assistant, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

  Jasmine Goldsand is a white female, approximately 39 years of age, is approximately 5 feet and 5 inches tall, weighs approximately 125 pounds, with medium length black hair and dark eyes.

(1)

    That on the 3rd day of June, 2008 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same. and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States. City and State of New York, addressed as follows:

**Darrick E. Antell, M.D., D.D.S., P.C.**
**850 Park Avenue**
**New York, New York 10075**

Sworn to before me this
3rd day of June, 2008

                                                BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

(2)