# Kern Augustine Conroy & Schoppmann, P.C.

"ATTORNEYS TO HEALTH PROFESSIONALS"

Steven I. Kern (NJ Bar)
Algis K. Augustine (IL, CO & NY Bars)
Robert J. Conroy (NY, NJ, PA, CA, FL & DC Bars)
Michael J. Schoppmann (NY, NJ, PA & DC Bars)
Mathew J. Levy (NY, PA & DC Bars)
Douglas M. Nadjari (NY Bar)
R. Bruce Crelin (NJ Bar)
Denise Sanders (NJ & PA Bars)
Ralph A. Erbaio, Jr (NY & NC Bars)
David L. Adelson (NY & NJ Bars)
Daniel G. Gianquinto (NJ Bar)
Edward R. Hopkins (NY Bar)
Elizabeth H. Gorman (NJ Bar)
Lorne B. Sheren, M.D., J.D. (NY, NJ & DC Bars)
Danette L. Slevinski (NY & NJ Bars)
Matthew R. Streger (NJ Bar)
Ronni J. Ginsberg (NY Bar)

**New York:**
420 Lakeville Road, Lake Success, NY 11042
Tel: (516) 326-1880, Fax: (516)326-2061

**New Jersey:**
1120 Route 22 East, Bridgewater, NJ 08807
Tel: (908) 704-8585, Fax: (908) 704-8899

**Pennsylvania:**
2000 Market Street, Suite 2803, Philadelphia, PA 19103
Tel: (800) 445-0954, Fax: (800) 941-8287

**Illinois Affiliate:**
Augustine, Kern and Levens, Ltd.
218 N. Jefferson Street, Chicago, IL 60661
Tel: (312) 648-1111, Fax: (312) 648-1057

**Florida Affiliate:**
Physicians' Counsel, LLC
1101 Douglas Avenue
Altamonte Springs, FL 32714
Tel: (407) 523-5850, Fax: (800) 941-8297

E-mail: kacs@drlaw.com
Website: www.drlaw.com

Please Reply to: New York Office

September 4, 2008

VIA FEDERAL EXPRESS

Honorable Thomas P. Griesa
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312



RECEIVED SEP - 5 2008 CHAMBERS OF JUDGE GRIESA

    RE:    Educational Credit Management Corp. v.
             Darrick C. Antell, M.D., D.D.S., P.C., et. al
             Civil Action No.: 08-cv-4705

Dear Judge Griesa:

This firm represents the defendants in the above referenced matter.

Pursuant to the executed Waiver of Service of Summons, the date to file an Answer or Rule 12 Motion was September 11, 2008. Upon consent of the attorneys for the plaintiff, I submit this request for an extension of 30 days of the defendants' time to serve an Answer or a motion under Rule 12 from September 11, 2008 to October 13, 2008.

The reason for the first time application for an extension is that the parties are in settlement negotiations.

*Approved.*
*Thomas P. Griesa*
*USDJ 9/5/08*